**Order entered December 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00175-CV**
**No. 05-21-00343-CV**

**BRIDGET PARSON AKA BRIDGET BROWN PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

**ORDER**

The Court has been notified that appellant has been deemed a vexatious litigant and is subject to a prefiling order, but the Court does not have an order from the local administrative judge allowing these appeals. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, these appeals are **STAYED** and will be dismissed without further notice unless, no later than December 21, 2021, appellant obtains an order from the appropriate local administrative judge

permitting the filing of each of these appeals and files the order(s) with this Court.

*See id.* 11.1035(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE